UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Douglas S. Stanger (DS 5141)
FLASTER/GREENBERG
A Professional Corporation
646 Ocean Heights Avenue, Suite 103
Linwood, New Jersey 08221
Phone: 609-645-1881
Attorneys for Chapter 7 Trustee

In Re:

Jennifer A. Israel,

Debtor.

Case No.: 20-23311-JNP

Judge: JNP

Chapter: 7

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __Douglas S. Stanger__, is the (check all that apply):

   ☒ Trustee:     ☒ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

   ☐ Debtor:     ☐ Chap. 11     ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __BK Global Real Estate & BHHS Fox & Roach Realtors__ to serve as (check all that apply):

   ☐ Attorney for:     ☐ Trustee     ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:     ☐ Trustee     ☐ Debtor-in-possession

   ☐ Official Committee of _____

☒ Other Professional:

☒ Realtor     ☐ Appraiser     ☐ Special Counsel

☐ Auctioneer  ☐ Other (specify): _____

3. The employment of the professional is necessary because:
The Trustee has determined there to be an asset in the bankruptcy case, specifically, real property located at 1105 Renoir Way, Williamstown, New Jersey.

4. The professional has been selected because:
The Trustee has knowledge of the realtor's experience in marketing and selling property in southern New Jersey.

5. The professional services to be rendered are as follows:
Marketing and assistance in short sale of the property with funds for creditors.

6. The proposed arrangement for compensation is as follows:
6% commission to be approved upon application and order of the Court for the sale of the property, to be shared by BHHS Fox & Roach Realtors and BK Global Real Estate Services.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☒ does not represent an adverse interest to the estate.

   ☒ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain: _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: 1105 Renoir Way, Williamstown, New Jersey, 08094.

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: February 2, 2021

s/Douglas S. Stanger
Signature of Applicant

rev.8/1/15