| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>(609) 645-1881<br>Counsel for Trustee<br>DS5141 | Order Filed on February 11, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>  Jennifer A. Israel,<br>                  Debtor. | Case No.: 20-23311<br>Judge: JNP<br>Chapter: 7 |

Recommended Local Form: ☑ Followed ☐ Modified

**ORDER AUTHORIZING RETENTION OF**

**BK Global Real Estate & BHHS Fox & Roach**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 11, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain <u>BK Global Real Estate Services and</u> as <u>BHHS Fox & Roach Realtors</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: <u>1095 Broken Sound Parkway NW</u>

    BHHS: 1001 Tilton Road
    Suite 101
    Northfield, NJ 08225

    <u>Suite 100</u>
    <u>Boca Raton, FL 33487</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

rev. 8/1/15